DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK GUTTA,**
Appellant,

v.

**WRIGHT, PONSOLDT & LOZEAU TRIAL ATTORNEYS, L.L.P.,**
Appellee.

No. 4D18-2696

[May 7, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 2016-CA-1225.

Andrew M. Kassier of Andrew M. Kassier, P.A., Coral Gables, for appellant.

Tim B. Wright and Paul J. Parton of Wright, Ponsoldt & Lozeau Trial Attorneys, L.L.P., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN and KLINGENSMITH, JJ., and LEVENSON, JEFFREY R., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***